IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EDWARD MAURY,

    Petitioner,　　　　　　　　　　No. CIV S-12-1043 WBS DAD

    vs.　　　　　　　　　　　　　　　DEATH PENALTY CASE

WARDEN, San Quentin State Prison

    Respondent.　　　　　　　　　　ORDER
_____/

On May 8, 2012, the undersigned held a case management conference. Attorneys Michael Laurence and Kevin Bringuel appeared for petitioner. Deputy Attorney General Sean McCoy appeared for respondent. After hearing the argument of counsel, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. By June 11, 2012, respondent shall lodge the state court record as described in Local Rule 191(h)(1).

2. By October 24, 2012, petitioner shall file a petition. In addition to meeting the requirements of Rule 2 of the Rules Governing Section 2254 Cases, petitioner shall allege how each claim meets the requirements of 28 U.S.C. § 2254(d).

////

1  3. Prior to December 10, 2012, counsel shall meet and confer about a schedule for filing the answer or other responsive pleading, and any traverse. The court expects respondent's counsel to have reviewed the petition fully prior to meeting with petitioner's counsel. On December 13, 2012 at 10:00 in courtroom # 27, the undersigned will hold a case management conference.

4. Petitioner's counsel informed the court that he consents to the jurisdiction of a magistrate judge. As directed in the court's April 20, 2012 order, respondent's counsel shall consent to or decline consenting to U.S. Magistrate Judge jurisdiction by May 24, 2012. (Dkt. No. 2.)

DATED: May 10, 2012.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

maury cmc1.or