1

2

3

4

5

6

7

8            IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ROBERT EDWARD MAURY,

11            Petitioner,              No. CIV S-12-1043 WBS DAD

12        vs.                         DEATH PENALTY CASE

13   WARDEN, San Quentin State
           Prison

14

15            Respondent.             <u>ORDER</u>

16   _____/

17            Respondent seeks to lodge under seal with this court records that were maintained

18   under seal by the California Supreme Court.  (Dkt. No. 21.)  Most of the documents in question

19   contain medical information regarding petitioner's family members.  Another set of the

20   documents contains information regarding juvenile arrest records.  Petitioner has filed no

21   opposition to respondent's request to seal.

22            The records respondent seeks to lodge with the court under seal contain

23   confidential, personal information.  While there is a presumption of public access to judicial

24   records, this presumption may be overcome by a showing of a "real and substantial" privacy

25   interest.  <u>Eugene S. v. HorizonBlue Cross Blue Shield of New Jersey</u>, 663 F.3d 1124, 1135-36

26   (10th Cir. 2011).  Medical records are plainly confidential.  <u>Id.</u> (sealing documents that included

1

"the name of, and/or personal and private medical information").  Further, juvenile criminal records are not a matter of public record and are also confidential.  <u>See</u> <u>In re Gault</u>, 387 U.S. 1, 25 (1967); <u>T.N.G. v. Superior Court</u>, 4 Cal. 3d 767, 781 (1971) (presumption of innocence and the hazard that the information will be misused by third parties fully justifies a court's refusal to disclose information regarding juvenile detentions).

Accordingly, respondent's August 10, 2012 Request to Seal Documents is granted.  The Clerk of the Court is directed to:  (1) file under seal respondent's August 10, 2012 Request to Seal Documents and Proposed Order; and (2) lodge under seal documents identified as Lodged Sealed Document Nos. 1 through 7 in respondent's Request to Seal filed August 10, 2012.

IT IS SO ORDERED.

DATED: August 27, 2012.


DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

maury lodged doc seal.or

2