IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT EDWARD MAURY,

    Petitioner,               No. CIV S-12-1043 WBS DAD

    vs.                           DEATH PENALTY CASE

WARDEN, San Quentin State
    Prison

    Respondent.            ORDER
_____/

        Respondent seeks to lodge under seal with this court records that were maintained under seal by the California Supreme Court. (Dkt. No. 21.) Most of the documents in question contain medical information regarding petitioner's family members. Another set of the documents contains information regarding juvenile arrest records. Petitioner has filed no opposition to respondent's request to seal.

        The records respondent seeks to lodge with the court under seal contain confidential, personal information. While there is a presumption of public access to judicial records, this presumption may be overcome by a showing of a "real and substantial" privacy interest. Eugene S. v. HorizonBlue Cross Blue Shield of New Jersey, 663 F.3d 1124, 1135-36 (10th Cir. 2011). Medical records are plainly confidential. Id. (sealing documents that included

1

1   "the name of, and/or personal and private medical information").  Further, juvenile criminal

2   records are not a matter of public record and are also confidential.  See In re Gault, 387 U.S. 1,

3   25 (1967); T.N.G. v. Superior Court, 4 Cal. 3d 767, 781 (1971) (presumption of innocence and

4   the hazard that the information will be misused by third parties fully justifies a court's refusal to

5   disclose information regarding juvenile detentions).

6         Accordingly, respondent's August 10, 2012 Request to Seal Documents is

7   granted.  The Clerk of the Court is directed to:  (1) file under seal respondent's August 10, 2012

8   Request to Seal Documents and Proposed Order; and (2) lodge under seal documents identified

9   as Lodged Sealed Document Nos. 1 through 7 in respondent's Request to Seal filed August 10,

10   2012.

11         IT IS SO ORDERED.

12   DATED: August 27, 2012.

                                      DALE A. DROZD
                                      UNITED STATES MAGISTRATE JUDGE

17   maury lodged doc seal.or