UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>    Respondent. | No. 2:12-cv-1043 WBS DAD<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Good cause appearing, respondent's unopposed motion for an extension of time (ECF No. 42) is granted. Respondent shall file his answering brief by November 13, 2013.

Dated: August 6, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

maury 2254d oppo.eot2