UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY, | No. 2:12-cv-1043 WBS DAD |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| WARDEN, San Quentin State Prison, | <u>ORDER</u> |
| Respondent. | |

Good cause appearing, respondent's unopposed motion for an extension of time (ECF No. 42) is granted. Respondent shall file his answering brief by November 13, 2013.

Dated: August 6, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

maury 2254d oppo.eot2

1