UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY, | No. 2:12-cv-1043 WBS DAD |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

Respondent seeks an extension of time to file his answering brief. Good cause appearing, and with no opposition from petitioner, respondent's November 12, 2013 Application to Modify Scheduling Order (ECF No. 44) is granted. Respondent shall file his answering brief by December 11, 2013.

Dated: November 12, 2013

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

maury answ.eot2