UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY,<br><br>               Petitioner,<br><br>    v.<br><br>WARDEN, San Quentin State Prison,<br><br>               Respondent. | Case No. 2:12-cv-1043-WBS-DAD<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

      Petitioner seeks an extension of time to file his reply to Respondent's answer to the Petition for Writ of Habeas Corpus. Good cause appearing, Petitioner's unopposed request (ECF No. 49) is granted. Petitioner shall file his reply brief by October 27, 2014. Respondent shall file any sur-reply brief by December 23, 2014.

      IT IS SO ORDERED.

Dated: July 29, 2014

                                                  */s/ Dale A. Drozd*<br>
                                                  DALE A. DROZD<br>
                                                  UNITED STATES MAGISTRATE JUDGE

maury 2254d reply.eot