UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| ROBERT EDWARD MAURY, | No. 2:12-cv-1043 WBS DAD |
|---|---|
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| WARDEN, San Quentin State Prison, | ORDER |
| Respondent. | |

On October 7, 2015, both of petitioner's counsel filed a motion to withdraw as the attorneys of record for petitioner in this action. (ECF No. 60.) On October 12, 2015, respondent filed a notice that he intended to oppose the motion. By October 19, 2015, respondent shall file any opposition to the motion to withdraw. By October 23, 2015, petitioner's counsel shall file any reply. If necessary for privacy purposes, petitioner's counsel may seek to file additional information in connection with the motion under seal.

IT IS SO ORDERED.

Dated: October 13, 2015

Maury mtn to withdraw brfing.or

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

1