UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

ROBERT EDWARD MAURY,

               Petitioner,

      V.

RONALD DAVIS, Warden, San Quentin
State Prison,

               Respondent.

Case No. 2:12-cv-01043-WBS-DB

DEATH PENALTY CASE

**ORDER**

       Petitioner seeks an extension of time to file his Reply to Respondent's Answer to the Petition for Writ of Habeas Corpus. Good cause appearing, Petitioner's unopposed request (ECF No. 132) is granted. Petitioner shall file his reply brief by February 6, 2017. Respondent shall file any sur-reply brief by April 7, 2017.

       IT IS SO ORDERED.

DATED: January 31, 2017

                             /s/ DEBORAH BARNES
                             UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders.capital/maury 2254d reply.eot35

1