UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY,<br><br>           Petitioner,<br><br>      V.<br><br>RONALD DAVIS, Warden, San Quentin State Prison,<br><br>           Respondent. | Case No. 2:12-cv-01043-WBS-DB<br><br>DEATH PENALTY CASE<br><br>**ORDER** |

Petitioner seeks an extension of time to file his Reply to Respondent's Answer to the Petition for Writ of Habeas Corpus. Good cause appearing, Petitioner's request (ECF No. 136) is granted. Petitioner shall file his reply brief by February 21, 2017. Respondent shall file any sur-reply brief by April 24, 2017.

IT IS SO ORDERED.

DATED: February 14, 2017

                                                            /s/ DEBORAH BARNES
                                                            UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders.capital/maury 2254d reply.eot37

1