UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY,<br><br>   Petitioner,<br><br>  v.<br><br>WARDEN,<br><br>   Respondent. | No. 2:12-cv-1043 WBS DB P<br><br><br><br>ORDER |

Petitioner is a condemned state prisoner proceeding in forma pauperis with a petition for a writ of habeas corpus under 28 U.S.C. § 2254. On March 24, 2017, petitioner filed a reply to the answer to his petition. Pursuant to the court's March 27, 2017 order, respondent's sur-reply was due May 23, 2017. Respondent seeks an extension of time to file the sur-reply based on the large size of the reply and the press of other work. Petitioner does not oppose the request.

Good cause appearing, IT IS HEREBY ORDERED that respondent's request for an extension of time (ECF No. 158) is granted. Respondent shall file any sur-reply by November 22, 2017.

DATED: May 26, 2017

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DLB1/orders-capital/maury.sur reply eot

1