UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY, | No. 2:12-cv-1043 WBS DB |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| RONALD DAVIS, | ORDER |
| Respondent. | |

On February 4, 2019, this court granted petitioner's counsel's request to withdraw and referred this matter to the Eastern District Selection Board for a recommendation for replacement counsel. The Selection Board has now submitted a recommendation of qualified counsel to represent petitioner in these proceedings.

Accordingly, and good cause appearing, IT IS HEREBY ORDERED as follows:

1. The following counsel is appointed to represent petitioner in this case pursuant to 18 U.S.C. § 3599. See E.D. Cal. R. 191(c).

    Federal Public Defender
    411 E. Bonneville Avenue
    Las Vegas, Nevada 89101
    Telephone:  702-388-6577
    Facsimile:  702-388-6261

////

1

2. The Clerk of the Court is directed to file under seal the Selection Board's May 22, 2019 letter to the undersigned.

3. In addition to serving this order upon counsel, the Clerk is directed to serve it upon Kurt Heiser, CJA Administrator, Office of the Federal Defender for the Eastern District of California.

Dated: May 28, 2019

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9
DB/orders-capital/maury appt csl2.or