UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY, | No. 2:12-cv-1043 WBS DB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| RONALD DAVIS, | <u>ORDER</u> |
| Respondent. | |

Petitioner is a state prisoner under sentence of death proceeding with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 7, 2019, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 7, 2019 (ECF No. 171) are adopted in full;

1

2. Petitioner's motion to stay these proceedings (ECF No. 169) is granted;

3. These proceedings are stayed and administratively closed through May 30, 2020; and

4. Petitioner shall file a notice prior to the end of the stay informing the court if he will seek to amend the petition.

Dated: March 31, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB:9/Maury mtn to stay.801

DLB:9
DB/orders-capital/maury