UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>RONALD DAVIS,<br><br>　　　　　Respondent. | No. 2:12-cv-1043 WBS DB<br><br>DEATH PENALTY CASE<br><br><br>ORDER |

Petitioner seeks an extension of the stay of these proceedings through August 28, 2020, and equitable tolling of the statute of limitations for the time period from March 11 to August 28, 2020. (ECF No. 173.) Within twenty-one days of the date of this order, respondent shall file a response. Within ten days after respondent's filing, petitioner may file a reply. This court will then consider the motion without oral argument. See E.D. Cal. Gen'l Order 612.

IT IS SO ORDERED.

Dated: April 8, 2020

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/orders-capital/maury.eot resp

1