UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY, | No. 2:12-cv-1043 WBS DB P |
| Petitioner, | |
| v. | ORDER |
| RONALD DAVIS, | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within thirty days.  Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 21, 2020, are adopted in full.

////

1

2. Petitioner's motion for an extension of the stay of these proceedings (ECF No. 173) is granted and these proceedings are stayed through August 28, 2020.

3. Petitioner's motion for equitable tolling of the statute of limitations (ECF No. 173) is granted for a 90-day period starting March 11, 2020.

Dated:  June 8, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB:9/Maury.stay eq toll.801.hc