UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>RON BROOMFIELD, Acting Warden,<br><br>　　　　Respondent. | Case No. 2:12-cv-01043-WBS-DB<br><br>ORDER<br><br>(DEATH PENALTY CASE) |

Before the court is petitioner's motion to excuse compliance with Local Rule 220.  Petitioner informs the court that respondent does not oppose the motion.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's motion (ECF No. 190) is granted.  Petitioner is excused from compliance with Local Rule 220 and may file a supplement in order to amend his petition.

Dated: November 18, 2020

DLB:9/DB/orders.capital/maury.supp pet

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE