UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY, | No. 2:12-cv-1043 WBS DB |
| Petitioner, | <u>DEATH PENALTY CASE</u> |
| v. | |
| RONALD DAVIS, | <u>ORDER</u> |
| Respondent. | |

Petitioner, a condemned state prisoner proceeding through counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 19, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Neither party has filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 19, 2020, are adopted in full; and

////

1

2. Petitioner's motion to stay these proceedings and equitably toll the statute of limitations (ECF No. 187) is granted as follows:

  a. These proceedings are stayed through March 1, 2021; and

  b. Petitioner is entitled to equitable tolling of the statute of limitations for the period from March 11, 2020 through March 1, 2021.

Dated: January 5, 2021

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

DLB:9/maury.eq toll jo(2)