UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT EDWARD MAURY, | No. 2:12-cv-1043 WBS DB |
| Petitioner, | DEATH PENALTY CASE |
| v. | |
| RONALD DAVIS, | ORDER |
| Respondent. | |

Pursuant to the stipulation of the parties, and good cause appearing, the court HEREBY ORDERS that on or before June 10, 2021, respondent shall file a response to petitioner's motion for leave to file a supplemental petition. Within ten days after respondent files the response, petitioner may file a reply.

Because the stay of these proceedings expired on March 2, 2021 (see ECF No. 193), the Clerk of the Court is HEREBY ORDERED to remove the stay flag from the docket.

DATED: May 25, 2021

/s/ DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:9/DB/orders-capital/maury.am pet brfing

1