UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| ROBERT EDWARD MAURY,<br><br>        Petitioner,<br><br>   v.<br><br>WARDEN CALIF. STATE PRISON AT SAN QUENTIN,<br><br>        Defendant. | No. 2:12-cv-1043 WBS DB P<br><br>ORDER RE: FINDINGS AND RECOMMENDATIONS |

----oo0oo----

At the time the Magistrate Judge issued the most recent Findings and Recommendations (Docket No. 205) in this case on September 26, 2022, the California Supreme Court had not yet ruled on at least one of petitioner's unexhausted claims, namely constructive deprivation of counsel under McCoy v. Louisiana, 584 U.S. 414 (2018).

The state court of last resort, the California Supreme Court, recently denied review of the California Court of Appeal's decision affirming the denial of petitioner's constructive

1

deprivation of counsel claim in his state habeas corpus petition. See In re Maury, 105 Cal. App. 5th 645, 664-84 (3rd Dist. 2024), review denied, C095050 (Cal. Jan. 15, 2025). Petitioner's constructive deprivation of counsel claim is thus appears to now be exhausted. See Bolin v. Baker, 994 F.3d 1154, 1156-57 (9th Cir. 2021).

Accordingly, this case is REMANDED to the Magistrate Judge for further findings and recommendations in light of the California Supreme Court's decision on his state petition for habeas corpus relief.

IT IS SO ORDERED.

Dated: January 21, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE